UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAZZEI INJECTOR CORPORATION,<br><br>            Plaintiff,<br><br>   v.<br><br>ZOTEXA, LLC,<br><br>            Defendants. | Case No. 1:19-cv-00395-DAD-EPG<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE THIS CASE PURUSANT TO NOTICE OF VOLUNTARY DISMISSAL<br><br>(ECF NO. 5) |

On May 21, 2019, Plaintiff Mazzei Injector Corporation, filed a voluntary dismissal of this case, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), as Defendant has neither served an answer nor a motion for summary judgment. Accordingly, this matter has been dismissed with prejudice. IT IS ORDERED that the Clerk of Court close this case.

IT IS SO ORDERED.

Dated: __**May 23, 2019**__               /s/ Erica P. Grosjean
                                                                                       UNITED STATES MAGISTRATE JUDGE